THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 12-00670-CG-M |
| | ) | |
| One 2003 Ford Mustang, | ) | |
| VIN 1FAFP45X23F316865; | ) | |
| One 1994 Chevrolet Corvette, | ) | |
| VIN 1G1YY22P75103880; | ) | |
| One 2006 Nissan Titan, | ) | |
| VIN 1N6BA07A06N569220, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that the defendants, One 2003 Ford Mustang, VIN 1FAFP45X23F316865; One 1994 Chevrolet Corvette, VIN 1G1YY22P7R5103880; and, One 2006 Nissan Titan, VIN 1N6BA07A06N569220, are **FORFEITED** to the plaintiff, the United States of America, pursuant to 18 U.S.C. §981(a)(1)(C)for disposition according to law.

**DONE** and **ORDERED** this 29th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE